PS3 (12/05-Rev. for PACTS 6/11)

*CONFIDENTIAL*

Pretrial Services Reports are made available to Defense Counsel and the Government. The Pretrial Reports are not public record, are not to be reproduced or disclosed to any other party and shall remain confidential as provided in Title 18 U.S.C. § 3153(c)(1).

## PRETRIAL SERVICES REPORT

| District/Office<br>District Of Nebraska/2 - Lincoln | Charge(s) (Title, Section, and Description)<br>**Count 1:** Title 21 U.S.C. § 846 - Conspiracy PWID and Distribute-500 grams or more Methamphetamine |
|---|---|
| Judicial Officer<br>Honorable Cheryl R. Zwart<br>U.S. Magistrate Judge | **Count 6:** Title 21 U.S.C. § 841(a)(1) & (b)(1)(B) - Distribution-Detectable Amount of Methamphetamine |
| Docket Number (Year – Sequence No. – Def. No.)<br>4:22CR03142 | **Count 7:** Title 21 U.S.C. § 841(a)(1) & (b)(1)(B) - Distribution-5 Grams or More of Methamphetamine (Actual) |

## DEFENDANT

| Name<br>GARCIA-LEMUS, Jose Guadalupe | Date of Birth<br>08/01/1998(24) | Employer/School<br>Unemployed | |
|---|---|---|---|
| Other Names on Charging Document<br>"Chapon" | | | |
| Address<br>952 West 9th Street<br>Lexington, Nebraska 68850 | | Employer/School Address | |
| At Address Since<br>Unknown | Time in Community of Residence<br>Unknown | Monthly Income<br>$0 | Time with Employer/School |

## INTRODUCTION:

On November 18, 2022, Pretrial Services attempted to interview the defendant via telephone at Lincoln County Detention Center. After being read the "Notice to Defendant" form, the defendant declined the pretrial services interview. Pretrial Services communicated with the defendant in his primary language, Spanish.

Mr. Garcia-Lemus reported that he was in the United States illegally and would like the government to notify the Mexican Consular.

Pretrial Services has not yet received any documentation from Immigration and Customs Enforcement regarding the defendant.

PS3 (12/05-Rev. for PACTS 6/11)                    Jose Guadalupe Garcia-Lemus, / 0867 4:22CR03142-004

## EMPLOYMENT HISTORY / FINANCIAL RESOURCES:

The defendant stated he was in the United States illegally and is unemployed. The defendant reported he does not have a savings or checking account, has a zero monthly income, pays zero dollars in monthly bills, and does not financially support anyone. The defendant stated he is financially supported by his wife.

## PRIOR RECORD:

A criminal record check conducted through the National Crime Information Center (NCIC), state, and local records revealed no criminal history for the defendant: **GARCIA-LEMUS, Jose Guadalupe DOB: (08/01/1998).**

## ASSESSMENT OF NONAPPEARANCE:

The defendant poses a risk of nonappearance for the following reasons:

1. Offense Charged and/or Defendant's Conduct During Arrest for Instant Offense
2. Lack of Familial, Residential, Community, Employment, Property, and Financial Ties (not limited to the district of arrest)
3. Aliases or False Identifications
4. Lack of Verifiable, Legitimate Employment
5. Ties to a Foreign Country

## ASSESSMENT OF DANGER:

The defendant poses a risk of danger for the following reasons:

1. Nature of Instant Offense
2. Criminal Association

*This pretrial report has been prepared pursuant to 18 U.S.C. 3154(1). The recommendation is provided for the consideration of the Court and is separate from such legal findings as weight of the evidence [18 U.S.C. 3142(g)(2)] or rebuttable presumptions for detention [18 U.S.C. 3142(f) and (e)].*

## RECOMMENDATION:

There is no condition or combination of conditions that will reasonably assure the appearance of the defendant as required and the safety of the community. Therefore, I respectfully recommend the defendant be detained.

| | Date 11/18/2022 |
|---|---|
| Brian J Randall U.S. Probation and Pretrial Services Officer | |
| Reviewed and approved by Mike S. Sliva, Supervising U.S. Probation and Pretrial Services Officer | |

Page 2