IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 4:22-CR-3142 |
| JOSE GUADALUPE GARCIA-LEMUS, | ORDER |
| Defendant. | |

For the reasons stated in the Federal Public Defender's motion to withdraw (filing 241) and the Probation Office's retroactive sentencing worksheet (filing 241-1), the Court finds that the defendant is not eligible for a sentence reduction pursuant to U.S.S.G. Amend. 821, made retroactive by U.S.S.G. Amend. 825. Accordingly,

IT IS ORDERED:

1. The Federal Public Defender's motion to withdraw (filing 241) is granted.

2. The defendant's *pro se* motion to reduce sentence (filing 236) is denied.

3. The Clerk of the Court shall provide a copy of this order to the defendant at the defendant's last known address.

Dated this 5th day of December, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge